# AMINI INNOVATION CORPORATION, Plaintiff–Appellant,

v.

# ANTHONY CALIFORNIA, INC. and James Chang, Defendants–Appellees.

No. 2007–1182.

United States Court of Appeals, Federal Circuit.

June 6, 2007.

## ORDER

The order of dismissal and the mandate dated 06/05/2007 having been issued in error, the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.